ALEXANDER G. CALFO (SBN 152891)
 *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
 *KOlah@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CASHMAN and JEANNIE CASHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:11-CV-01737-JSW<br><br>~~PROPOSED~~ ORDER RE: STIPULATION TO STAY PROCEEDINGS<br><br>*Hon. Jeffrey S. White*<br><br>Action Filed: March 9, 2011<br>Trial Date: None |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs MICHAEL CASHMAN and JEANNIE CASHMAN; Defendant DEPUY ORTHOPAEDICS, INC.; and Defendant THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

/ / /

/ / /

/ / /

548682.1 / 25-055

~~PROPOSED~~ ORDER RE: STIPULATION TO STAY PROCEEDINGS

1.     The Parties' request for a stay of proceedings is GRANTED;

2.     All proceedings in this action are hereby stayed, pending resolution of the motion to create a Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated: __April 29__, 2011                _/s/ Jeffrey S. White_
                                                Judge Jeffrey S. White

Respectfully submitted by,

DATED: April 28, 2011            YUKEVICH CALFO & CAVANAUGH

By: _/s/ Kelley_
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY
ORTHOPAEDICS, INC.